UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MICHAEL RINDAL et al., | CASE NO. 2:26-cv-00971-LK |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| STATE OF WASHINGTON et al., | |
| Defendants. | |

This matter comes before the Court sua sponte. On March 23, 2026, the Court denied pro se Plaintiffs Steven and Dorothy Rindal's Emergency Motion for a Temporary Restraining Order and ordered them to show cause by April 13, 2026 why the Court should not dismiss this case under the doctrine of res judicata. Dkt. No. 5 at 3, 7. The Rindals have not responded to the Court's March 23, 2026 order or filed anything since that order issued.

//

//

//

//

ORDER OF DISMISSAL - 1

Because the Rindals have failed to show cause, the Court DISMISSES their case for the reasons set forth in the Court's prior order. Dkt. No. 5.

Dated this 16th day of April, 2026.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2